UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERATION FOR AMERICAN IMMIGRATION REFORM<br><br>Plaintiff<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT<br><br>Defendant | Civil Action No. 23-2883 (TJK) |

## JOINT STATUS REPORT

Plaintiff Federation for American Immigration Reform and Defendant U.S. Immigration and Customs Enforcement hereby file this joint status report.

This case arises under the Freedom of Information Act, 5 U.S.C. § 552. Plaintiff requests:

1. All emails from Kerry Doyle, Principal Legal Advisor, that references or mentions "deportations," from and including September 20, 2021 up to and including April 25, 2023.

2. All emails from Kerry Doyle, Principal Legal Advisor, that references or mentions "prosecutorial discretion," from and including March 1, 2022 up to and including April 25, 2023

Defendant identified 96,583 pages of potentially responsive records. The parties request that they be able to confer about narrowing the scope of Plaintiff's request and that they file another joint status report by Thursday, July 17, 2025.

\*   \*   \*

| | |
|---|---|
| Date: May 6, 2025 | Respectfully submitted, |
| | |
| */s/ David Jaroslav* | EDWARD R. MARTIN, JR., D.C. Bar #481866 |
| David Jaroslav, DC Bar No. 90021286 | United States Attorney |
| Immigration Reform Law Institute (IRLI) | |
| 25 Massachusetts Ave., NW, Suite 335 | By:      */s/ Sam Escher* |
| Washington, DC 20001 | SAM ESCHER, D.C. Bar # 1655538 |
| Telephone: (202) 232-5590 | Assistant United States Attorney |
| Fax: (202) 464-3590 | 601 D Street, NW |
| djaroslav@irli.org | Washington, DC 20530 |
| | (202) 252-2531 |
| | Sam.Escher@usdoj.gov |
| *Counsel for Plaintiff* | |
| | *Attorneys for the United States of America* |