UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERATION FOR AMERICAN IMMIGRATION REFORM<br><br>Plaintiff<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT<br><br>Defendant | Civil Action No. 23-2883 (TJK) |

## STATEMENT OF MATERIAL FACTS NOT IN GENUINE DISPUTE

Defendant United States Immigration and Customs Enforcement ("ICE" or "Agency"), through undersigned counsel, respectfully submits this statement of material facts not in genuine dispute in support of its motion for summary judgment under Federal Rule of Civil Procedure ("Rule") 56.

1. On April 25, 2023, Plaintiff Federation for American Immigration Reform submitted a Freedom of Information Act ("FOIA") request to ICE requesting the following records:

    1. All emails from Kerry Doyle, Principal Legal Advisor, that references or mentions "deportations," from and including September 20, 2021 up to and including April 25, 2023.

    2. All emails from Kerry Doyle, Principal Legal Advisor, that references or mentions "prosecutorial discretion," from and including March 1, 2022 up to and including April 25, 2023.

Compl. ¶ 9, ECF No. 1.

2. On September 28, 2023, Plaintiff filed suit. *See generally* Compl.

3. Defendant answered on December 14, 2023. Answer, ECF No. 9.

4. In the first joint status report filed by the parties, Defendant explained that it had identified 46,903 pages of potentially responsive records; however, that was an error. Jt. Status Rep. (Dec. 26, 2023), ECF No. 10.

5. Defendant eventually clarified that it had identified 96,583 pages of potentially responsive records. Jt. Status Rep. (July 10, 2014), ECF No. 14.

6. ICE's normal processing rate for cases in litigation is 500 pages or 5 minutes of media files, per month, per case. Pineiro Decl. ¶ 20, ECF No. 22-2.

7. To meet its obligations for all cases in litigation by ensuring that all FOIA matters progress and each requester receives a response, the ICE FOIA Office typically cannot process more than 500 pages or 5 minutes of media files per month per case. *Id.* ¶ 23.

8. Any increase in production for one case will inevitably hinder ICE FOIA's ability to process records for production in other matters. *Id.*

9. Requiring ICE to process the estimated 96,583 pages yielded in ICE's search would divert ICE FOIA's limited resources to Plaintiff's FOIA request at the expense of other FOIA requesters and is likely to incur additional liability for the agency with respect to unprocessed records in other cases. Pineiro Decl. ¶ 26.

10. At a standard rate of 500 pages per month, it would take one ICE FOIA Office employee more than 16 years[1] to finish reviewing the combined 96,583 pages from the "deportations" and "prosecutorial discretion" search results. *Id.* ¶ 27.

11. The individuals who process FOIA records in litigation range from GS-9 to GS-15.

---

[1] 96,583 pages total divided by 500 pages a month is 193.166 months, which divided by 12 months a year is 16.1 years.

12. If ICE were to assign one GS-12, Step 1 employee, at the salary of $101,401.00 to review the records, allotting 10% of their workload to Plaintiff's FOIA Request, it would cost ICE a total of more than $162,241.00 in salary alone, per employee, over the 16 years it would take that one employee to complete the review and processing of the records, (i.e., [($101,401 x 16 years) x (10%)]).

Date: July 1, 2025                                      Respectfully submitted,

                                                        JEANINE FERRIS PIRRO
                                                        United States Attorney

                                                        By:      /s/ Sam Escher
                                                        SAM ESCHER, D.C. Bar #1655538
                                                        Assistant United States Attorney
                                                        601 D Street, NW
                                                        Washington, DC 20530
                                                        (202) 252-2531
                                                        Sam.Escher@usdoj.gov

                                                        *Attorneys for United States of America*