| | |
|---|---|
| **From:** | David Jaroslav |
| **To:** | Escher, Sam (USADC) |
| **Cc:** | Matt O"Brien |
| **Subject:** | [EXTERNAL] Re: Fed"n for Am. Immigr. Reform v. ICE - David, - D.D.C. |
| **Date:** | Wednesday, March 5, 2025 10:56:30 AM |
| **Attachments:** | image003.png |
| | image004.png |
| | image.png |

Good morning, Counsel:

We appreciate your offer and efforts but are unable to agree to your proposal for narrowing the scope of the search.   Please continue search and production as previously.

We have no objections or proposed changes to using the same JSR for another 60-day future date.

Kind regards,

### David L. Jaroslav
Investigations Counsel
Manager, Attorneys United For A Secure America



25 Massachusetts Ave. NW, Suite 335
Washington, DC 20001
Tel: (202) 232-5590
Fax: (202) 464-3590
www.irli.org

To learn more about IRLI's national network of attorneys, click here.

---------------------------------------------------------------
**CONFIDENTIALITY NOTICE**:
This transmission is covered by the Electronics Communications Privacy Act, 18 U.S.C. §§ 2510-2521, and is legally privileged. This transmission, and any documents attached, may contain confidential information belonging to the sender which is protected by the Attorney-Client Privilege, Work Product Doctrine and/or other privileges. The information is intended only for the use of the individuals and/or entities named above.  If you are not the intended recipient of this message, you may not read, disclose, forward, print, copy or disseminate this information. If you have received this communication in error, please reply and notify the sender (only), or call (202) 232-5590, and destroy and/or delete this message. Unauthorized interception of this e-mail is a violation of federal criminal law.

**From:** Escher, Sam (USADC) <Sam.Escher@usdoj.gov>
**Sent:** Wednesday, March 5, 2025 10:20 AM
**To:** David Jaroslav <djaroslav@irli.org>
**Cc:** Matt O'Brien <mobrien@irli.org>
**Subject:** RE: Fed'n for Am. Immigr. Reform v. ICE - David, - D.D.C.

David, Matt,

Just following up on this. I think the JSR is due tomorrow.

**From:** Escher, Sam (USADC)
**Sent:** Tuesday, March 4, 2025 10:34 AM
**To:** 'David Jaroslav' <djaroslav@irli.org>
**Cc:** 'Matt O'Brien' <mobrien@irli.org>
**Subject:** RE: Fed'n for Am. Immigr. Reform v. ICE - David, - D.D.C.

David, Matt,

I believe we have a JSR due in two days.

It looks like our JSR has been the same for over a year.

I think we need to show the Court that we're doing something here. Having you given any thought to our proposal below?

Alternatively, may we just file the same JSR as before and extend the deadline another 60 days?

**From:** Escher, Sam (USADC)
**Sent:** Monday, January 27, 2025 12:52 PM
**To:** 'David Jaroslav' <djaroslav@irli.org>
**Cc:** 'Matt O'Brien' <mobrien@irli.org>
**Subject:** RE: Fed'n for Am. Immigr. Reform v. ICE - David, - D.D.C.

David, Matt,

Following up on this and …

… with a brand new executive order – <u>Protecting the American People Against Invasion</u> (Jan 20, 2025) – Kerry Doyle's guidance on "Enforcement of Civil Immigration Laws and the Exercise of Prosecutorial Discretion" is entirely revoked.

Does Plaintiff still want what they are seeking in their FOIA request?

- seeking all emails from Kerry Doyle, Principal Legal Advisor for the following: (1) references or mentions of deportations from September 20, 2021, to April 25, 2023. (2) references or mentions of prosecutorial discretion from March 1, 2021, to April 25, 2023

---

**From:** Escher, Sam (USADC)
**Sent:** Tuesday, January 21, 2025 1:56 PM
**To:** 'David Jaroslav' <djaroslav@irli.org>
**Cc:** 'Matt O'Brien' <mobrien@irli.org>
**Subject:** RE: Fed'n for Am. Immigr. Reform v. ICE - David, - D.D.C.

Following up on this.

---

**From:** Escher, Sam (USADC)
**Sent:** Tuesday, January 14, 2025 7:20 PM
**To:** David Jaroslav <djaroslav@irli.org>
**Cc:** Matt O'Brien <mobrien@irli.org>
**Subject:** RE: Fed'n for Am. Immigr. Reform v. ICE - David, - D.D.C.

So unfortunately, it looks like Thursday afternoons are not good on our end. Counsel for ICE has routine meetings every Thursday afternoon.

Do you want to float out other availability, and hopefully another date and time would work?

---

**From:** David Jaroslav <djaroslav@irli.org>
**Sent:** Wednesday, January 8, 2025 2:46 PM
**To:** Escher, Sam (USADC) <SEscher@usa.doj.gov>
**Cc:** Matt O'Brien <mobrien@irli.org>
**Subject:** [EXTERNAL] Re: Fed'n for Am. Immigr. Reform v. ICE - David, - D.D.C.

Good afternoon, Counsel: Happy New Year, hope your holidays went well.

We have no objection or proposed changes to the JSR as drafted.

Thursday afternoons next week or the following week look good for me. Mr. O'Brien is busy at the moment but I'll try to loop him in on his availability shortly as well.

All the best,

**David L. Jaroslav**
Investigations Counsel
Manager, Attorneys United For A Secure America



25 Massachusetts Ave. NW, Suite 335
Washington, DC 20001
Tel: (202) 232-5590
Fax: (202) 464-3590
www.irli.org

To learn more about IRLI's national network of attorneys, click here.

---
**CONFIDENTIALITY NOTICE**:
This transmission is covered by the Electronics Communications Privacy Act, 18 U.S.C. §§ 2510-2521, and is legally privileged. This transmission, and any documents attached, may contain confidential information belonging to the sender which is protected by the Attorney-Client Privilege, Work Product Doctrine and/or other privileges. The information is intended only for the use of the individuals and/or entities named above. If you are not the intended recipient of this message, you may not read, disclose, forward, print, copy or disseminate this information. If you have received this communication in error, please reply and notify the sender (only), or call (202) 232-5590, and destroy and/or delete this message. Unauthorized interception of this e-mail is a violation of federal criminal law.

---

**From:** Escher, Sam (USADC) <Sam.Escher@usdoj.gov>
**Sent:** Wednesday, January 8, 2025 2:19 PM
**To:** David Jaroslav <djaroslav@irli.org>
**Cc:** Matt O'Brien <mobrien@irli.org>
**Subject:** RE: Fed'n for Am. Immigr. Reform v. ICE - David, - D.D.C.

David, Matt,

One, let's set up a date and time to finally get around to narrowing this. What does your schedule look like next week?

Two, we have a JSR due today. File the same as the last one?

---

**From:** David Jaroslav <djaroslav@irli.org>
**Sent:** Thursday, November 7, 2024 4:41 PM
**To:** Escher, Sam (USADC) <SEscher@usa.doj.gov>
**Cc:** Matt O'Brien <mobrien@irli.org>
**Subject:** [EXTERNAL] RE: Fed'n for Am. Immigr. Reform v. ICE - David, - D.D.C.

That works for us: sounds good.

---

**From:** Escher, Sam (USADC) <Sam.Escher@usdoj.gov>
**Sent:** Thursday, November 7, 2024 4:39 PM
**To:** David Jaroslav <djaroslav@irli.org>
**Cc:** Matt O'Brien <mobrien@irli.org>
**Subject:** RE: Fed'n for Am. Immigr. Reform v. ICE - David, - D.D.C.

David, Matt,

Looks like we were busy again. File the same JSR and try to confer before the new year?

---

**From:** David Jaroslav <djaroslav@irli.org>
**Sent:** Monday, September 9, 2024 9:25 AM
**To:** Escher, Sam (USADC) <SEscher@usa.doj.gov>
**Cc:** Matt O'Brien <mobrien@irli.org>
**Subject:** [EXTERNAL] Re: Fed'n for Am. Immigr. Reform v. ICE - David, - D.D.C.

Sure, that sounds good.

---

**From:** Escher, Sam (USADC) <Sam.Escher@usdoj.gov>
**Sent:** Saturday, September 7, 2024 12:03:52 PM
**To:** David Jaroslav
**Cc:** Matt O'Brien
**Subject:** RE: Fed'n for Am. Immigr. Reform v. ICE - David, - D.D.C.

David, Matt,

It looks like we never got around to conferring about narrowing the request. Do you want to file the same joint status report as before and try to confer before the next JSR about

narrowing?

---

**From:** David Jaroslav <djaroslav@irli.org>
**Sent:** Wednesday, July 10, 2024 1:30 PM
**To:** Escher, Sam (USADC) <SEscher@usa.doj.gov>
**Cc:** Matt O'Brien <mobrien@irli.org>
**Subject:** [EXTERNAL] RE: Fed'n for Am. Immigr. Reform v. ICE - David, - D.D.C.

Good afternoon, Counsel:

We don't have any objection to that proposed JSR as drafted. We have no objection to conferring about narrowing the request, although we reserve the right to object in the future as to particulars.

Let's try to meet or do a phone call to work on the details before the next JSR if we can.

All the best as always,

**David L. Jaroslav**
*Investigations Counsel*



25 Massachusetts Ave., NW Suite 335 │ Washington, DC 20001
Office: 202-232-5590 │ Fax: 202-464-3590 │ www.irli.org
-----------------------------------------------------------
**CONFIDENTIALITY NOTICE**:
This message is intended only for the use
of the individual or entity to which it is
addressed, and may contain information
that is privileged, confidential or exempt
from disclosure under applicable law.

---

**From:** Escher, Sam (USADC) <Sam.Escher@usdoj.gov>
**Sent:** Wednesday, July 10, 2024 9:48 AM
**To:** David Jaroslav <djaroslav@irli.org>
**Cc:** Matt O'Brien <mobrien@irli.org>
**Subject:** RE: Fed'n for Am. Immigr. Reform v. ICE - David, - D.D.C.

David,

Please see attached. Do I have your consent to file this today?

Otherwise, I wanted to let you know if the parties can't agree to narrow the request, then the Agency will likely have to move for summary judgment, arguing that the request is unreasonably described because it's too burdensome to process.

If your client is firm on its position of not narrowing the request, would you prefer to agree to a briefing schedule?

**From:** David Jaroslav <djaroslav@irli.org>
**Sent:** Tuesday, April 30, 2024 1:10 PM
**To:** Escher, Sam (USADC) <SEscher@usa.doj.gov>
**Cc:** Matt O'Brien <mobrien@irli.org>
**Subject:** [EXTERNAL] RE: Fed'n for Am. Immigr. Reform v. ICE - 23-2883 - D.D.C.

Looks good to me. If you could please add my name and DC Bar number (90021286) to IRLI's signature block, that'd be great. Thanks again!

**From:** Escher, Sam (USADC) <Sam.Escher@usdoj.gov>
**Sent:** Tuesday, April 30, 2024 11:43 AM
**To:** David Jaroslav <djaroslav@irli.org>
**Cc:** Matt O'Brien <mobrien@irli.org>
**Subject:** RE: Fed'n for Am. Immigr. Reform v. ICE - 23-2883 - D.D.C.

See attached.

**From:** David Jaroslav <djaroslav@irli.org>
**Sent:** Tuesday, April 30, 2024 10:20 AM
**To:** Escher, Sam (USADC) <SEscher@usa.doj.gov>
**Cc:** Matt O'Brien <mobrien@irli.org>
**Subject:** [EXTERNAL] RE: Fed'n for Am. Immigr. Reform v. ICE - 23-2883 - D.D.C.

Good morning, Mr. Escher:

We're not concerned about a search being overly broad and returning things like what you attached below: IRLI can go through and determine which items we actually need once we have production.

Since the JSR does appear to be due today, if you wanted to provide us a draft I doubt we'll have any significant objections or changes.

Kind regards,
Dave Jaroslav

---

**From:** Escher, Sam (USADC) <Sam.Escher@usdoj.gov>
**Sent:** Tuesday, April 30, 2024 10:07 AM
**To:** David Jaroslav <djaroslav@irli.org>; Matt O'Brien <mobrien@irli.org>
**Subject:** RE: Fed'n for Am. Immigr. Reform v. ICE - 23-2883 - D.D.C.

David, Matt,

I think we have a JSR due today. I don't know if you ever got back to us about this.

---

**From:** David Jaroslav <djaroslav@irli.org>
**Sent:** Thursday, February 29, 2024 1:56 PM
**To:** Escher, Sam (USADC) <SEscher@usa.doj.gov>; Matt O'Brien <mobrien@irli.org>
**Subject:** [EXTERNAL] RE: Fed'n for Am. Immigr. Reform v. ICE - 23-2883 - D.D.C.

AUSA Escher,

Mr. O'Brien is out of the office.  We'll get back to you on this in the next few days.

All the best,
Dave Jaroslav

---

**From:** Escher, Sam (USADC) <Sam.Escher@usdoj.gov>
**Sent:** Thursday, February 29, 2024 1:53 PM
**To:** Matt O'Brien <mobrien@irli.org>
**Cc:** David Jaroslav <djaroslav@irli.org>
**Subject:** RE: Fed'n for Am. Immigr. Reform v. ICE - 23-2883 - D.D.C.

Matt, David,

Before we meet, maybe it would make sense to see if you have any ideas about narrowing.

As it stands, we're having a little difficulty deciding what's responsive because terms like "deportation" and "prosecutorial discretion" are vague, and return what are probably things you are not interested in.

For example: the custodian whose emails we searched receives theses "DHS Morning Briefing" and "ICE Daily Briefings" pasted below a lot. Basically, a compilation of public

news article summaries prepared from a 3rd party for DHS/ICE to read. If the term deportation comes up in a news headline or synopsis, then it thinks it is responsive. This gets sent in email form to the custodian (25 pages) with an attached word doc form (25 pages) and attached pdf form (25 pages). That is 75 pages from one email, which does not get caught as non-responsive or even duplicative.



We provide this as merely an example, but do you have any ideas on how you want to narrow this?

Re: the consent to a magistrate, we are fine with consenting to a magistrate, but may I ask why? Nothing against Judge Kelly or any of the magistrates; they're great; but as I understand it, the magistrates are super busy.

---

**From:** Matt O'Brien <mobrien@irli.org>
**Sent:** Monday, February 26, 2024 8:03 PM
**To:** Escher, Sam (USADC) <SEscher@usa.doj.gov>
**Cc:** David Jaroslav <djaroslav@irli.org>
**Subject:** [EXTERNAL] Re: Fed'n for Am. Immigr. Reform v. ICE - 23-2883 - D.D.C.

Mr. Escher,

Yes, please go ahead and file.

A meeting would be a good idea, I'll get back to you about the schedule.

Best,
Matt O'B

Sent from my iPhone

> On Feb 26, 2024, at 7:57 PM, Escher, Sam (USADC) <Sam.Escher@usdoj.gov> wrote:
>
> Matt,
>
> Permission to file tomorrow? It's the same as the last one.
>
> I'm thinking we may need to meet to discuss narrowing the scope of these requests.
>
> What does your schedule look like in the next few weeks?
>
> ---
>
> **From:** Matt O'Brien <mobrien@irli.org>
> **Sent:** Tuesday, December 26, 2023 9:52 AM
> **To:** Escher, Sam (USADC) <SEscher@usa.doj.gov>
> **Cc:** David Jaroslav <djaroslav@irli.org>
> **Subject:** [EXTERNAL] Re: Fed'n for Am. Immigr. Reform v. ICE - 23-2883 - D.D.C.
>
> Mr. Escher,
>
> That's fine. Please go ahead and file.
>
> I hope you had a wonderful holiday.
>
> Thanks.
>
> Best,
> Matt O'Brien
>
> Sent from my iPhone
>
>> On Dec 24, 2023, at 12:33 PM, Escher, Sam (USADC) <Sam.Escher@usdoj.gov> wrote:

Matt, David,

Hope your holidays are going well. No need to respond until you can.

Cool to file on Wednesday?

---

**From:** Matt O'Brien <mobrien@irli.org>
**Sent:** Friday, November 17, 2023 3:25 PM
**To:** Escher, Sam (USADC) <SEscher@usa.doj.gov>
**Cc:** David Jaroslav <djaroslav@irli.org>
**Subject:** [EXTERNAL] Re: Fed'n for Am. Immigr. Reform v. ICE - 23-2883 - D.D.C.

Mr. Escher,

Are you referring to production of records in response to our FOIA request?

If so, we would prefer to have all responsive individual emails, rather than just message threads.

Best,
Matt O'B

Sent from my iPhone

> On Nov 17, 2023, at 2:12 PM, Escher, Sam (USADC) <Sam.Escher@usdoj.gov> wrote:
>
> Matt,
>
> Question.
>
> Do you want every single email?
>
> Or is it okay to produce a conversation thread instead? In other words, is it okay to omit emails if they are included in a conversation thread of another email?
>
> I'm told if you'll consent to us producing email threads, it can cut down the number of pages by about 30%.

Let me know if this doesn't make sense.

---

**From:** Escher, Sam (USADC)
**Sent:** Tuesday, November 14, 2023 2:12 PM
**To:** Matt O'Brien <mobrien@irli.org>
**Cc:** David Jaroslav <djaroslav@irli.org>
**Subject:** RE: Fed'n for Am. Immigr. Reform v. ICE - 23-2883 - D.D.C.

Thanks Matt.

---

**From:** Matt O'Brien <mobrien@irli.org>
**Sent:** Tuesday, November 14, 2023 1:54 PM
**To:** Escher, Sam (USADC) <SEscher@usa.doj.gov>
**Cc:** David Jaroslav <djaroslav@irli.org>
**Subject:** [EXTERNAL] RE: Fed'n for Am. Immigr. Reform v. ICE - 23-2883 - D.D.C.

Mr. Escher,

Yes, I consent to the 30 day extension.

Best regards,
Matt O'Brien

Matthew J. O'Brien, Esq.
Director of Investigations
Immigration Reform Law Institute
25 Mass. Ave NW – Suite 335
Washington, DC 20001
(202)232-5590

---

**From:** Escher, Sam (USADC) <Sam.Escher@usdoj.gov>
**Sent:** Tuesday, November 14, 2023 1:40 PM
**To:** Matt O'Brien <mobrien@irli.org>
**Subject:** Fed'n for Am. Immigr. Reform v. ICE - 23-2883 - D.D.C.

Good afternoon Matthew:

My name is Sam Escher. I am an Assistant U.S. Attorney in the Civil Division of the U.S. Attorney's Office for the District of Columbia.

Because our office has been inundated with cases, this one was only recently assigned to me. I plan on moving for a 30-day extension to respond to the complaint. May I have your consent?

Sincerely,

Sam Escher
Assistant United States Attorney
United States Attorney's Office
District of Columbia
Civil Division
601 D Street NW
Washington, DC 20530
(202) 252-2531 (office)
(202) 730-6835 (cell)
Sam.Escher@usdoj.gov