UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FEDERATION FOR AMERICAN
IMMIGRATION REFORM

    Plaintiff

  v.

UNITED STATES IMMIGRATION AND
CUSTOMS ENFORCEMENT

    Defendant

Civil Action No. 23-2883 (TJK)

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendant's motion, and the entire record herein, it is hereby

ORDERED that Defendant's motion is GRANTED; and

ORDERED that summary judgment is ENTERED for Defendant.

SO ORDERED:


_____     _____
Date                             TIMOTHY J. KELLY
                                 United States District Judge