IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERATION FOR AMERICAN IMMIGRATION REFORM, ) ) ) ) Plaintiff, ) ) v. ) ) U.S. IMMIGRATION AND ) CUSTOMS ENFORCEMENT ) ) Defendant. ) ) | Civil Action No. 1:23-cv-2883 (TJK) |

**PLAINTIFF'S NON-CONTEST OF**
**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Upon thorough review of Defendant's Motion for Summary Judgment and Memorandum in Support Thereof, ECF No. 22, Plaintiff does not contest Defendant's Motion and has no objection to the Motion being granted.

Dated: July 15, 2025                           Respectfully submitted,

/s/ DAVID L. JAROSLAV_____
DAVID L. JAROSLAV, DC Bar No. 90021286
Email: djaroslav@irli.org
MATEO FORERO-NORENA, DC Bar No. 90002605
Email: mforero@irli.org
Immigration Reform Law Institute (IRLI)
25 Massachusetts Ave., NW, Suite 335
Washington, DC 20001
Telephone: (202) 232-5590
FAX: (202) 464-3590

*Counsel for Plaintiff*