UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERATION FOR AMERICAN IMMIGRATION REFORM,<br><br>    *Plaintiff*,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>    *Defendant*. | Civil Action No. 23-2883 (TJK) |

### ORDER

Defendant has moved for summary judgment, arguing that it need not respond to Plaintiff's FOIA request because it is unduly burdensome. *See* ECF No. 22. In light of intervening events, Plaintiff now "has no objection to the Motion being granted." ECF No. 23. The Court agrees that Plaintiff's FOIA request imposes an "unreasonably burdensome search," especially because the requested emails from Kerry Doyle now appear "largely unnecessary" to Plaintiff's purpose of shedding light on ICE's current practices since Doyle's guidance has been revoked by executive order. *Am. Fed'n of Gov't Emps., Local 2782 v. U.S. Dep't of Commerce*, 907 F.2d 203, 209 (D.C. Cir. 1990); *see also Feds for Freedom v. U.S. Dep't of Def.*, No. 23-cv-3607 (TJK), 2025 WL 522017, at *2–5 (D.D.C. Feb. 2018, 2025).

Accordingly, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment, ECF No. 22, is **GRANTED**. Judgment is **ENTERED** for Defendant. This is a final, appealable order. The Clerk of Court is directed to close the case.

    **SO ORDERED.**

2

/s/ Timothy J. Kelly
TIMOTHY J. KELLY
United States District Judge

Date: October 2, 2025